```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EXCLUSIVITY OF LUXURY, LLC,                :
                                           :
                        Plaintiff,         :
        -against-                          :
                                           :    21-cv-5237 (VEC)
ILAN KORCHMAR AND ALEKSANDR                :
KORCHMAR, INDIVIDUALLY, AND D/B/A          :    ORDER
KORCHMAR IMPORTS, LLC.,                    :
                                           :
                        Defendants.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 15, 2021, Plaintiff filed a complaint in this action;

WHEREAS Exhibit A to the complaint contains confidential information regarding Defendants' bank account;

IT IS HEREBY ORDERED THAT:

1. No later than **June 16, 2021**, Plaintiff must refile the complaint with the account number that appears in Exhibit A redacted.

2. No later than **June 21, 2021**, Plaintiff must submit a letter identifying the members of the LLC and their respective citizenships. If any of the members is, itself, an LLC, the letter must identify those members and their citizenship as well.

**SO ORDERED.**

Date: June 15, 2021
      New York, New York

_____
VALERIE CAPRONI
United States District Judge