# THE KONOPKA LAW GROUP
### Attorneys & Counselors At Law



**277 Broadway**
**Suite 810**
**New York, New York 10007**
(212) 385-4800
Fax (212) 346-0858
konopka@mfklaw.com

*Via ECF*

10 August 2021

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

Re:     **Exclusivity of Luxury, LLC v. Korchmar *et al.*
        <u>Docket No.: 1:21-cv-5237</u>**

Honorable Judge Caproni:

I am the attorney for the plaintiff in the above-referenced matter.

The Court has rescheduled the initial pretrial conference for September 10, 2021 at 10 a.m. However, in reviewing my schedule I see that I have an in-person trial in *Sinclair v. Sobajo et al.,* Index No.: 510660/2017 in Supreme Court Kings County. Jury selection is scheduled to begin on September 9, 2021 and will be a conflict with the September 10, 2021 conference.

I respectfully request that the conference date of September 10, 2021 be rescheduled for two weeks to September 24, 2021 or such other date convenient to the Court. No attorney has yet contacted me on behalf of the defendants.

I apologize for any inconvenience to the Court as a result of this request.

Thank you.

Respectfully yours,

*Michael Konopka*

Michael Konopka

MK/yc

Application GRANTED. The initial pretrial conference is adjourned to **September 24, 2021 at 2:30 p.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 5237. The parties' joint letter and proposed case management plan is due **September 16, 2021.** The Clerk of Court is directed to mail a copy of this order to Defendant.

SO ORDERED.

*[signature]*   8/10/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE