USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  EXCLUSIVITY OF LUXURY, LLC,            :
                                                        :
                                Plaintiff,    :
               -against-                  :
                                                        :    21-CV-5237 (VEC)
  ILAN KORCHMAR and ALEKSANDR      :
  KORCHMAR, INDIVIDUALLY, and D/B/A :    <u>ORDER</u>
  KORCHMAR IMPORTS, LLC.,                 :
                                                        :
                                Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an order to show cause hearing for Defendant Aleksandr Korchmar is scheduled for October 29, 2021 at 2:00 p.m. (Dkt. 34);

      IT IS HEREBY ORDERED that the hearing is adjourned to **November 5, 2021 at 10:30 a.m.** The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 5237.

      IT IS FURTHER ORDERED that Plaintiff must serve this order on Defendant Aleksandr Korchmar by **October 20, 2021**, and must file proof of service on ECF.

**SO ORDERED.**

Date:  October 15, 2021                           _____
        New York, New York                    **VALERIE CAPRONI**
                                                              **United States District Judge**