USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EXCLUSIVITY OF LUXURY, LLC,

                Plaintiff,

- against -

ILAN KORCHMAR and
ALEKSANDR KORCHMAR, individually,
and d/b/a KORCHMAR IMPORTS, LLC,

                Defendants.
------------------------------------------------------------X

Civil Case No. 1:21-cv-05237 (VEC)

**DEFAULT JUDGMENT**

    This action having been commenced on June 15, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Aleksandr Korchmar, on June 17, 2021 by delivering a copy of the summons and complaint to him personally and proof of service having been filed on June 23, 2021 and the defendant not having answered the Complaint, and the time for answering the Complaint, having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant Aleksandr Korchmar in the liquidated amount of $159,240.00 with interest at 9% from March 29, 2019 to November 12, 2021, amounting to $ 37,654.81 plus costs and disbursements of this action in the amount of $ 671.00 amounting in all to $ 197,565.81.

Plaintiff also agreed to dismiss the case with respect to Defendants Ilan Korchmar and Korchmar Imports, LLC. Accordingly, the Clerk of Court is respectfully directed to terminate Ilan Korchmar and Korchmar Imports, LLC as defendants and to close this case.

SO ORDERED.

*Valerie Caproni*      11/13/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE