```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EXCLUSIVITY OF LUXURY, LLC,                  :
                                             :
                              Plaintiff,     :
              -against-                      :
                                             :          21-CV-5237 (VEC)
ILAN KORCHMAR and ALEKSANDR                  :
KORCHMAR, INDIVIDUALLY, and D/B/A            :             ORDER
KORCHMAR IMPORTS, LLC.,                      :
                                             :
                              Defendants.    :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2021
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 12, 2021, an order to show cause hearing was held, at which Defendant Aleksandr Korchmar did not appear;

WHEREAS the Court granted default judgment against Defendant Aleksandr Korchmar, *see* Dkt. 40; and

WHEREAS on November 16, 2021, Mr. Korchmar notified the Court that he did not receive the Court's Order scheduling the November 12 conference until after the conference had already taken place, *see* Dkt. 41;

WHEREAS on November 19, 2021, construing Defendant Aleksandr Korchmar's letter as a motion to set aside the default judgment, the Court reponed the case and scheduled a hearing for December 10, 2021, *see* Dkt 43;

WHEREAS the Court further ordered that, if Defendant Aleksandr Korchmar did not file an answer by December 10, 2021, or failed to appear at the hearing, the Court would deny his motion to set aside the default judgment, *see id.*;

WHEREAS on December 10, 2021, a hearing was held, at which Defendant Aleksandr Korchmar failed to appear;

WHEREAS on December 10, 2021, Defendant Aleksandr Korchmar requested additional time to hire an attorney; and

WHEREAS Defendant Aleksandr Korchmar failed to file an answer by December 10, 2021;

IT IS HEREBY ORDERED that Defendant Aleksandr Korchmar's motion to set aside the default judgment is denied.

The Clerk of Court is respectfully directed to close this case.

The Clerk of Court is also respectfully directed to mail a copy of this order to Defendant Aleksandr Korchmar at Aleksandr Korchmar, 65 Oceana Drive East, Unit 2D, Brooklyn, New York 11235.

**SO ORDERED.**

Date:  **December 11, 2021**  
**New York, New York**

**VALERIE CAPRONI**  
**United States District Judge**